IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN M. PIERCE,<br><br>　　Interpleader Plaintiff/Stakeholder,<br><br>against<br><br>MILOS FUND LLC, a Nevada limited liability company, FIGHTBACK FOUNDATION, INC., a Texas corporation, ABC, LLCs 1-10, XYZ Corps. 1-10,<br><br>　　Interpleader Defendants/Claimants. | Case No. 21-cv-02770-BH<br><br>**NOTICE OF ERRATA TO INTERPLEADER PLAINTIFF JOHN M. PIERCE'S INTERPLEADER COMPLAINT** |

## NOTICE OF ERRATA

　　The Interpleader Plaintiff John M. Pierce ("plaintiff") respectfully submits this Notice of Errata, to its Interpleader Complaint ("Complaint" or "Compl.") which was filed on November 9, 2021, as Docket No. 3, in order to correct an inadvertent omission. Due to an oversight, Exhibit A of the Interpleader Complaint was mistakenly omitted from the Interpleader Complaint when it was filed on November 9, 2021.  Exhibit A of the Interpleader A is attached hereto as Exhibit A and incorporated herein by reference.  Plaintiff apologizes for this error

Date: November 19, 2021
　　　Los Angeles, CA

Respectfully submitted,

/s/ John M. Pierce
John M. Pierce
355 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 400-0725
jpierce@piercebainbridge.com

*Pro Se*