# *EXHIBIT A*

KRC00

Receipt No. 243357

KENOSHA JOINT SERVICES
1000 55th STREET
KENOSHA, WI 53140
CUSTOMER RECEIPT

Received from:   JOHN MARK PIERCE
         Addr:   ~~[redacted]~~
                 ~~[redacted]~~ CA

Date Received:   NOVEMBER 20, 2020        Time Received: 01:53pm.
Amount Received: 2000,000.00

Operator Id.:    BJK287                   Received by: _____

Payment Method:  CHECK          2000,000.00   CHECK#: 58290

| TYPE | DEFENDANT | AMOUNT | ITEM# |
|---|---|---|---|
| BOND PAYM: 940.02.1 | RITTENHOUSE, KYLE H | 2000,000.00 | 00020CF983 |

ISSUING AGENCY: KENOSHA POLICE DEPARTMENT
MANDATORY COURT DATE IS 12/03/2020 AT 10:30am
PRETRIAL INTAKE 927 56th St.