| | | Court Stamp Here |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Notice: This document contains sensitive data | | |
| Court | **Federal Court**<br>**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS**<br>**Dallas County, Texas** | |
| Plaintiff | **JOHN M. PIERCE** | Cause #<br>**3:21-CV-02770-S-BH** |
| Defendant(s) | **MILOS FUND LLC, A NEVADA LIMTIED LIABILITY COMPANY, ET AL.** | Came to Hand Date/Time<br>**11/16/2021**   **3:42 PM** |
| Manner of Service | **Personal** | Service Date/Time<br>**11/17/2021**   **12:12 PM** |
| Documents | **SUMMONS; STATUTORY INTERPLEADER COMPLAINT UNDER 28 U.S.C. § 1335; (BLANK) NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** | Service Fee:<br>**$75.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **11/17/2021** at **12:12 PM**: I served **SUMMONS, STATUTORY INTERPLEADER COMPLAINT UNDER 28 U.S.C. § 1335 and (BLANK) NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** upon **Fightback Foundation Inc. c/o Justin C. McClenny, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **Fightback Foundation Inc. c/o Justin C. McClenny, REGISTERED AGENT, I delivered the documents to Justin C. McClenny, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a beard, a mustache and glasses** at **805 Pigeon Forge Road, Pflugerville, TX 78660**.

My name is: **Dena Jones**. My date of birth is: **3/17/1962**
My address is: **5235 Coppermead Ln, Austin, TX 78754**, USA.
My process server identification # is: **PSC-15784**. My Certification expires: **10/31/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in ___Travis_____ county, TX.

*Dena D Jones*

Dena Jones

11/18/2021

Date Executed

Ref **REF-9145461**



0079291650

txefile@abclegal.com

Pierce Bainbridge P.C.
<rtorres@piercebainbridge.com>

Tracking # **0079404800**

