# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| Court | |
|---|---|
| | **Federal Court**<br>**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS**<br>**Dallas County, Texas** |

| Plaintiff | | Cause # |
|---|---|---|
| | **JOHN M. PIERCE** | **3:21-CV-02770-S-BH** |

| Defendant(s) | | Came to Hand Date/Time |
|---|---|---|
| | **MILOS FUND LLC, A NEVADA LIMTIED LIABILITY COMPANY, ET AL.** | **11/17/2021     11:21 AM** |

| Manner of Service | | Service Date/Time |
|---|---|---|
| | **Personal** | **11/17/2021     2:04 PM** |

| Documents | | Service Fee: |
|---|---|---|
| | **SUMMONS; STATUTORY INTERPLEADER COMPLAINT UNDER 28 U.S.C. § 1335; (BLANK) NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** | **$75.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **11/17/2021** at **2:04 PM**: I served **SUMMONS, STATUTORY INTERPLEADER COMPLAINT UNDER 28 U.S.C. § 1335 and (BLANK) NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** upon **Milo Fund LLC c/o Robert Barnes, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **Milo Fund LLC c/o Robert Barnes, REGISTERED AGENT, I delivered the documents to Robert Barnes, REGISTERED AGENT with identity confirmed by subject nodding when named. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 200-240 lbs** at **700 Flower St Suite 1000, Los Angeles, CA 90017**.

My name is: **Raymond Ortega**. My date of birth is: **10/23/2001**
My address is: **6535 marlow ave, Bell Gardens, CA 90201**, USA.
My process server identification # is: **2020226855**. My Certification expires: **12/30/2021**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  usa  county, TX.

*Raymond Ortega*

Raymond Ortega

11/17/2021

Date Executed

Ref  **REF-9145461**

0079291649

txefile@abclegal.com



Pierce Bainbridge P.C. <rtorres@piercebainbridge.com>

Tracking # **0079420011**

