UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS

| | |
|---|---|
| JOHN M. PIERCE,<br><br>    Interpleader Plaintiff/Stakeholder,<br><br>vs.<br><br>**MILOS FUND LLC,** a Nevada limited liability company, **FIGHTBACK FOUNDATION, INC.**, a Texas corporation, **ABC, LLCs 1-10, XYZ Corps. 1-10**,<br><br>    Interpleader Defendants/Claimants. | Civil Action No.  3:21-CV-02770-S- BH |

## DECLARATION OF ANTHONY DeMARTINO

1.     My name is Anthony DeMartino. I am over the age of 18, and I am a resident of Nevada. I make this Declaration based on personal knowledge and am competent to testify to it.

2.     The Milo Fund LLC is a Nevada limited liability company with its principal place of business in Nevada.

3.     I am acting manager of The Milo Fund LLC, which is a manager-managed single member limited liability company.

4.     The Milo Fund LLC does not have any offices, places of business, property, employees, or agents in the State of Texas.

5.     The Milo Fund LLC has not conducted any business in the State of Texas or conducted any activities within the State of Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 08, 2021

_____
Anthony DeMartino

4856-1325-2870 v.1 068260/01500, 2:16 PM, 12/08/2021
4856-1325-2870

**EXHIBIT A**