IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN M. PIERCE, | § | |
|     Interpleader Plaintiff/Stakeholder, | § | |
| vs. | § | Civil Action No. 3:21-CV-2770-S-BH |
| | § | |
| MILOS FUND LLC, a Nevada limited | § | |
| liability company, et al., | § | |
|     Interpleader Defendants/Claimants. | § | Referred to U.S. Magistrate Judge[1] |

### ORDER

Before the Court for recommendation is *The Milo Fund LLC's Motion to Dismiss for Lack of Personal and Subject-Matter Jurisdiction, and Brief in Support*, filed December 8, 2021 (doc. 13).

Respondent may file a response *and brief containing citations to relevant authorities*[2] no later than **Wednesday, December 29, 2021**. Movant may file a reply no later than **Wednesday, January 12, 2022**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 9th day of December, 2021.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.

[2] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.