IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS

| | |
|---|---|
| JOHN M. PIERCE,<br><br>    Interpleader Plaintiff/Stakeholder,<br><br>against<br><br>MILOS FUND LLC, a Nevada limited liability company, FIGHTBACK FOUNDATION, INC., a Texas corporation, ABC, LLCs 1-10, XYZ Corps. 1-10,<br><br>    Interpleader Defendants/Claimants. | Civil Action No.  3:21-CV-02770-S-BH |

## NOTICE OF JOINDER

Notice is hereby given that Interpleader Plaintiff JOHN PIERCE joins in the Interpleader Defendant Fightback Foundation's Motion to Extend Time.

Date: December 30, 2021                                                    Respectfully Submitted,



                                                     ___/s/_____
                                                     John M. Pierce, Esq.
                                                     jpierce@johnpiercelaw.com
                                                     T: (213) 349-0054
                                                   *(Pro Se)*

## CERTIFICATE OF SERVICE

  I, John M. Pierce, hereby certify that on this day, December 30, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
