UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN M. PIERCE, | § § § | |
| Interpleader Plaintiff/Stakeholder, | § § | |
| vs. | § § | Civil Action No. 3:21-cv-02770-S-BH |
| MILOS FUND LLC, FIGHTBACK FOUNDATION, INC. ABC LLCs 1-10, XYZ CORPS. 1-10, | § § § § § | |
| Interpleader Defendants/Claimants. | § | |

### ORDER GRANTING FIGHTBACK FOUNDATION, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is the Defendant Fightback Foundation, Inc.'s ("Fightback") Unopposed Motion for Extension of Time (the "Motion"). Having considered the Motion, and that it is unopposed, the Court hereby **GRANTS** the relief requested and **ORDERS** that Fightback may have up until and including January 12, 2022 to respond to the Statutory Interpleader Complaint Under 28 U.S.C. § 1335 (Doc. No. 3 and hereafter the "Complaint"). The Court further **ORDERS** that its prior December 9, 2021 Order (Doc. No. 14) is hereby modified such that any response to The Milo Fund LLC's Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction, and Brief in Support (Doc No. 13 and hereafter the "Milo MTD") shall be filed no later than January 12, 2022 and movant may file a reply no later than January 26, 2022.

**SO ORDERED** on this 3rd day of January, 2022.

*Irma Carrillo Ramirez*
Irma Carrillo Ramirez
United States Magistrate Judge