UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN M. PIERCE**,<br><br>   Interpleader Plaintiff/Stakeholder,<br><br>vs.<br><br>**MILOS FUND LLC,** a Nevada limited liability company, **FIGHTBACK FOUNDATION, INC.**, a Texas corporation, **ABC, LLCs 1-10, XYZ Corps. 1-10**,<br>   Interpleader Defendants/Claimants. | Civil Action No.  3:21-CV-02770-S- BH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Interpleader John M. Pierce, The Milo Fund, LLC, and Fightback Foundation, Inc., hereby STIPULATE to the DISMISSAL of this action, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  January 28, 2022                             Respectfully submitted,


                                                   */s/ Jeffrey M. Tillotson*
                                                   Jeffrey M. Tillotson
                                                   Texas Bar No. 20039200
                                                   TILLOTSON LAW
                                                   1807 Ross Avenue, Suite 325
                                                   Dallas, Texas 75201
                                                   (214) 382-3041 Telephone
                                                   (214) 292-6564 Facsimile

                                                   ATTORNEYS FOR MILO FUND LLC

/s/ John M. Pierce
JOHN M. PIERCE (*pro se*)
INTERPLEADER PLAINTIFF/STAKEHOLDER
jpierce@johnpiercelaw.com
T: (213) 349-0054


/s/ R. Rich Roberts III
R. Ritch Roberts, III
Texas Bar No. 24041794
roberts@rrobertslaw.com
The Law Offices of R. Ritch Roberts PLLC Ross Tower, Suite 2150
500 Akard Street
Dallas, TX 75201
214.237.0900 telephone
214.237.0901 facsimile

COUNSEL FOR FIGHTBACK FOUNDATION, INC.

## CERTIFICATE OF SERVICE

The above and foregoing document was served upon counsel herein by ECF on January 28, 2022.


/s/ Jeffrey M. Tillotson
Jeffrey M. Tillotson