IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN M. PIERCE, § | |
|     Interpleader Plaintiff/Stakeholder, § | |
| vs. § | Civil Action No. 3:21-CV-2770-S-BH |
| § | |
| MILOS FUND LLC, a Nevada limited § | |
| liability company, et al., § | |
|     Interpleader Defendants/Claimants. § | Referred to U.S. Magistrate Judge[1] |

### ORDER

Before the Court is *Stipulation of Dismissal With Prejudice*, filed January 28, 2022 (doc. 28), which reflects that the interpleader plaintiff and the two named interpleader defendants have stipulated to dismissal of the claims against those two interpleader defendants. In the style of the complaint, the interpleader plaintiff listed "ABC, LLCs 1-10"and "XYZ Corps. 1-10" as interpleader defendants/claimants, but the complaint contains no further reference to these parties. The docket also does not reflect service of process on these parties. No later than **February 14, 2022**, the interpleader plaintiff shall file a status report that specifically states whether there are any remaining claims against any remaining interpleader defendants or claimaints in this action.

**SO ORDERED** on this 31st day of January, 2022.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1]By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.